PROB 12C
(6/16)

Report Date: March 23, 2023

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bo Stanley Geary                                   Case Number: 0980 2:22CR00114-TOR-1

Address of Offender: ███████ th ██████ Clarkston, Washington 99403

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge, U.S. District Judge

Date of Original Sentence: November 17, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | August 2, 2022 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | August 1, 2025 |

### PETITIONING THE COURT

To **issue a warrant**.

On August 2, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Geary as outlined in the judgment and sentence. Mr. Geary signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Geary allegedly violated the above-stated condition of supervision by failing to report for a scheduled office appointment on March 14, 2023.

On March 13, 2023, Mr. Geary was instructed to report to the U.S. Probation Office. He confirmed his understanding of the scheduled appointment. On March 14, 2023, Mr. Geary failed to report as directed or return any telephone or text messages.

2     **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Geary allegedly violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about March 10 through 13, 2023.

Prob12C
**Re: Geary, Bo Stanley**
**March 23, 2023**
**Page 2**

On March 15, 2023, Mr. Geary reported to the U.S. Probation Office and provided a urine sample that tested presumptive positive for methamphetamine. Additionally, Mr. Geary signed an admission of drug use form and spoke with the undersigned officer in detail about his methamphetamine consumption.

3   **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Geary allegedly violated the above-stated condition on March 22, 2023. On this date, Mr. Geary was arrested by Clarkston Police Department (CPD) for: 2nd degree retail theft with special circumstances, pursuant to CPD incident report 23P00376.

According to CPD report 23P00376, local law enforcement officers conducted a traffic stop for reckless driving involving Mr. Geary. Mr. Geary provided the officers with his identification and they recognized his name related to an ongoing investigation for retail theft. The CPD report noted, between November 2022, through January 2023, Mr. Geary had been observed at Walmart on numerous occasions swapping price tags, removing merchandise from the store without purchasing, as well as returning stolen merchandise for a refund. Walmart calculated a total loss of $1,344.60 from these thefts.

At the time of this petition, Mr. Geary is in custody at Asotin County Jail and the charges remain pending.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/23/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
March 23, 2023
Date