PROB 12C
(6/16)

Report Date: April 11, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bo Stanley Geary                Case Number: 0980 2:22CR00114-TOR-1

Address of Offender: ▉▉▉ th ▉▉▉, Clarkston, Washington 99403

Name of Sentencing Judicial Officer:  The Honorable David C. Nye, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: November 17, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g) | | |
| Original Sentence: | Prison - 30 months<br>TSR - 36 | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | August 2, 2022 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | August 1, 2025 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 3/23/2023.

On August 2, 2022, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Geary as outlined in the judgment and sentence. Mr. Geary signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Geary allegedly violated the above-stated condition on April 7, 2023. On this date, Mr. Geary was charged by the Lewiston Police Department (LPD) for: Battery, per Idaho Code 18-903, pursuant to LPD incident report 23-L6203.<br><br>According to LPD incident report 23-L6203, local officers were assigned to a call of robbery occurring on March 18, 2023. On that date, the victim of the crime reported that Bo Geary had assaulted him in a hotel parking lot by striking his face with his fist and taking personal belongings. Local law enforcement officers used interviews and video surveillance to investigate the incident. On April 7, 2023, Mr. Geary was contacted in the Asotin County Jail and charged with Battery, per Idaho Code 18-903 for his involvement.<br><br>At the time of this petition, Mr. Geary is in custody at the Asotin County Jail and charges remain pending. |

Prob12C
**Re: Geary, Bo Stanley**
**April 11, 2023**
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/11/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

April 11, 2023
Date