PROB 12C
(6/16)

Report Date: May 7, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Bo Stanley Geary | Case Number: 0980 2:22CR00114-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Clarkston, Washington | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: November 17, 2020 | |
| Original Offense: Unlawful Possession of a Firearm, 18 U.S.C. § 922(g) | |
| Original Sentence: Prison - 30 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 3, 2024) | Prison - 8 months<br>TSR - 28 months |
| Asst. U.S. Attorney: Ann Wick | Date Supervision Commenced: March 20, 2025 |
| Defense Attorney: Justin Lonergan | Date Supervision Expires: July 19, 2027 |

## PETITIONING THE COURT

To issue a **warrant**.

On March 20, 2025, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Geary as outlined in the judgment and sentence. Mr. Geary signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Geary violated the above-stated condition of supervision after receiving a citation for drivers license - operate motorcycle without endorsement on March 27, 2025.<br><br>On March 27, 2025, Idaho State Police (ISP) conducted a traffic stop involving Mr. Geary. Mr. Geary was observed driving between lanes while operating a motorcycle. ISP pulled Mr. Geary over and learned he did not possess credentials to drive his motorcycle legally. As such, he received a citation regarding the aforementioned charge while receiving a warning for improper use of designated lanes pursuant to citation ISP4587000257. |

Prob12C
Re: Geary, Bo Stanley
May 7, 2025
Page 2

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Geary allegedly violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about April 19, 2025.

On April 22, 2025, Mr. Geary submitted a random urine sample that tested presumptive positive for methamphetamine. Additionally, Mr. Geary signed an admission of drug use form confirming his use.

3  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Geary allegedly violated the above-stated condition on April 24, 2025. On this date, Mr. Geary was charged by Nez Perce Sheriff's Department (NPSD) for: Felon in Possession of a Firearm, per Idaho Code 18-3316, pursuant to case number CR35-25-2378.

According to case number CR35-25-2378, on April 24, 2025, local officers conducted a traffic stop involving Mr. Geary. Mr. Geary was the sole occupant of a vehicle. Officers felt he was acting very nervous, unable to locate proof of insurance and would not look at the officers, but only glanced at their direction. A K9 unit was dispatched to the scene and made a positive alert within the vehicle. As such, the officers continued with their investigation. Upon searching a backpack located on the passenger seat, officers discovered a pistol. When questioned about this, Mr. Geary stated it belonged to his son and he was not aware it was in the backpack.

Mr. Geary was arrested for the aforementioned charge and transported to Nez Perce County Jail.

4  **Standard Condition #9:** If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Mr. Geary is alleged to have violated the above-stated condition by failing to report his arrest on April 24, 2025.

On April 25, 2025, Mr. Geary appeared in district court regarding his felony charge of unlawful possession of a firearm pursuant to Idaho Code 18-3316. He was released on his own recognizance that same day. Mr. Geary failed to report his arrest to the undersigned officer within 72 hours.

5  **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Geary is alleged to have violated the above-stated condition by failing to report to the probation officer on May 2, 2025.

On April 22, 2025, Mr. Geary was instructed to report to the U.S. Probation Office on May 2, 2025, at 10 a.m. The U.S. Probation Office possesses a reporting roster located in the lobby. The undersigned officer reviewed the reporting roster on that date, and noted Mr. Geary never reported as instructed.

6   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Geary is alleged to have violated the above-stated condition by failing to report to the probation officer on May 5, 2025.

On May 5, 2025, Mr. Geary was instructed to report to the U.S. Probation Office the same day at 2 p.m. The U.S. Probation Office possesses a reporting roster located in the lobby. The undersigned officer reviewed the reporting roster on that date, and noted Mr. Geary never reported as instructed.

7   **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Geary is alleged to have violated the above-stated condition by failing to report to the probation officer on May 6, 2025.

On May 6, 2025, Mr. Geary was instructed to report to the U.S. Probation Office the same day at 3 p.m. The U.S. Probation Office possesses a reporting roster located in the lobby. The undersigned officer reviewed the reporting roster on that date, and noted Mr. Geary never reported as instructed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/07/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Geary, Bo Stanley**
**May 7, 2025**
**Page 4**

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Thomas O. Rice
United States District Judge

May 8, 2025
Date